Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of _____
_____ Division

**FILED**
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 SEP 10 AM 8:37
OFFICE OF THE CLERK

Patricia Am Sanchez
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

State Of Nebraska, DHHS, DCFS, LICWAC, CPS, NFC, Heartland Family Srvc, OPPD, MUD, Park Meadows Plaza, Union, NE
7040 N 110th Plaza, Omaha, NE 68142
402-493-1420
FX 402-492-8636

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. **8:18cv424**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

Going To Court 09-11-2018 @ 10:15 a.m., Honorable Judge McFaherty

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Patricia A Sanchez
Street Address: 7109 N. 112th Plaza #351
City and County: Omaha, Nebraska 68142 / Douglas
State and Zip Code: Nebraska 68142
Telephone Number: 531-721-7616
E-mail Address: bubblelishus75@gmail.com
heffemartinez6@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se  (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
Name: Monica Green Kruger ~~Monica G. Kruger~~ N/A
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

**Defendant No. 2**
Name: Monica Green Kruger, Attorney at Law / P.G.L.L.O
Job or Title (if known): 1005 S. 107th Avenue, Suite 100
Street Address: Omaha, Nebraska 68114 / USA / United States
City and County: Omaha, Douglas   JV17-309
State and Zip Code: Nebraska 68142
Telephone Number: (402) 397-1200 (Fx) 402-397-1201
E-mail Address (if known): MKRUGER@COX.NET

**Defendant No. 3**
Name: McNeil Law Office / Jane M. McNeil, Attorney at Law
Job or Title (if known): 1904 Farnam Street Suite 320
Street Address: Omaha, Douglas.   JV17-309
City and County: Nebraska 68102
State and Zip Code: (402) 933-7913 (Fx)(402) 933-7904
Telephone Number: ~~531-721-8768~~ (531) 721-7646.
E-mail Address (if known): jm.mcneil@cox.net

**Defendant No. 4**
Name: Lauren J Micek ~~Asst Public Defender~~
Job or Title (if known): Assistant Public Defender   JV17-309
Street Address: 405 CIVIC CENTER, Omaha, Ne 68183
City and County: Omaha, Douglas
State and Zip Code: Nebraska 68142
Telephone Number: (402) 444-6457 /(Fx)402-444-6017
E-mail Address (if known): lauren.micek@douglascounty.ne.gov

Deputy S-457  (531-210-0052)
Report # BB 2342   (P5)   Law Office Of Shannon Benash
Omaha, Nebraska        1904 Farnam St, Omaha, Nebraska 68102
Ivan & Lynn & Bob Johnson   (402) 553-7195 / 531-721-1037  M ashfor
877-232-0242 Dept of Health & Human  http://www.shannonbenashlaw.com   Chris Pe###
(402) 471-6363 services  Lincoln NE 68509-5026

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question           [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Neb. Rev. Stat (3a)
§43-247 (Reissue 2016) as plead

U.S. Postal Service
Loose In the mail
1124 Pacific St Rm 161
Omaha, NE 68108-9653
Aug 3, 2018
Omaha, NE 68108
(402) 348-2887/2897 Mary L. Larsen

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* Patricia A Sanchez, is a citizen of the State of *(name)* Nebraska.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* Patricia A Sanchez, is incorporated under the laws of the State of *(name)* Nebraska, Iowa, Wa State, and has its principal place of business in the State of *(name)* Tennessee, Florida
      (PS) Oregon

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* Christopher J Petty, is a citizen of the State of *(name)* Nebraska  JV14-309. Or is a citizen of *(foreign nation)* Patricia A Sanchez
      (P.S/2018) Protection Order/UCWAC Elena J. Martinez
      PKNS                                    Diana Martinez

    b.    If the defendant is a corporation

The defendant, *(name)* Patricia A Sanchez, is incorporated under the laws of the State of *(name)* Nebraska, IA, Wastede, FL, TN, and has its principal place of business in the State of *(name)* 7109 N 112th Plaza @ Oregon (P.S) #351

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

(JV17-309)
Amount Is Controversy
Patricia Ann Sanchez
7109 N 112th Plaza #351
Omaha, NE 68142

(JV17-309)
General Notary
State of Nebraska
DESARAY ISHII
My Comm Exp Sept 15, 2016
Alana Born - 02-09-2015
signed 2-11-15 (P.S)

(JV17-309)
General Notary
State of Nebraska
Kendra A. Cooper
My comm Exp. 10-10-14
Christina Born 9-19-2011
signed 9-20-2011 (P.S)

III.    **Statement of Claim** 531-721-7616

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Dr. Michael Reed OBGYN / Dr. Dada Immanuel Hospital / Douglas County Omaha, Nebraska / Lasting Hope Recovery Omaha, Nebraska
Omaha, Nebraska
Immanuel Hospital / Omaha, Nebraska

Douglas, Federal, Omaha, NE (as JV17-309) (JV17-309)
JV17-309, Patricia A Alderman, PR11-14 Thomas C. Riley Public Defender Douglas County

IV.    **Relief**

45 Million 2001
7109 N 112th Plaza #351
Omaha, NE 68142 / 531-721-7616

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Saturday September 8, 12:00pm.

Signature of Plaintiff: Patricia A Sanchez AKA (Alderman)
Printed Name of Plaintiff: Patricia A Sanchez AKA (Alderman)

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____